IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JEFFREY TEASTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:07-CV-245 ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 17] is **DENIED**, and plaintiff's motion for judgment on the pleadings [doc. 12] is **GRANTED**. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further evaluation and rehearing consistent with the court's memorandum opinion.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
  PATRICIA L. McNUTT
    CLERK OF COURT