# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

JEFFREY TEASTER,                                    JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                                  CASE NUMBER: 3:07-cv-245
Commissioner of Social Security

- [ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff's Motion for Judgment on the Pleadings [Doc. 12] is

    GRANTED; defendant Commissioner's Motion for Summary Judgment [17] is denied; and this matter is

    REVERSED and REMANDED under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner for

    further consideration.

June 5, 2008                                        Patricia L. McNutt, Clerk
Date

                                                    By   s/ A. Brush
                                                    Deputy Clerk