IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JEFFREY TEASTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:07-CV-245 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter is before the court on the July 21, 2008 report and recommendation filed by Magistrate Judge H. Bruce Guyton [doc. 28]. Magistrate Judge Guyton recommended that plaintiff's unopposed motion for $2,372.10 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 [doc. 25], be granted. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusion. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion for attorney fees is **GRANTED** in the

amount of $2,372.10.

**IT IS SO ORDERED.**

ENTER:


　　　　s/ Leon Jordan　　　　
United States District Judge